# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| INDIANA LOW INCOME AND ELDERLY HOUSING DEVELOPMENT CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>JULIA FIFER,<br><br>            Defendant. | ORDER TRANSFERRING ACTIONS<br><br><br><br>CASE NO. C14-5149 BHS |
| INDIANA LOW INCOME AND ELDERLY HOUSING DEVELOPMENT CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>CHERYL CARPENTER,<br><br>            Defendant. | CASE NO. C14-5150 BHS |

ORDER - 1

INDIANA LOW INCOME AND ELDERLY HOUSING DEVELOPMENT CORPORATION,

Plaintiff,

v.

CARL BANKS,

Defendant.

CASE NO. C14-5151 BHS

This matter comes before the Court on review of the complaints in the above actions and Plaintiff Indiana Low Income and Elderly Housing Development Corporation's ("Plaintiff") response to the Court's order to show cause.

On February 21, 2014, Plaintiff Indiana Low Income and Elderly Housing Development Corporation ("Plaintiff") filed the three complaints requesting that the Court issue declaratory judgments. *See, e.g.*, C14-5149BHS, Dkt. 1. Plaintiff asserts that the Court has jurisdiction pursuant to 28 U.S.C. § 2201. *Id*. However, in an action for a declaratory judgment as to its status under 26 U.S.C. § 501(c)(3), Plaintiff may file an appropriate pleading only in "the United States Tax Court, the United States Court of Federal Claims, or the district court of the United States for the District of Columbia ...." 28 U.S.C. § 7428(a). On March 24, 2014, Plaintiff responded to the Court's order to show cause regarding jurisdiction and requested that the Court transfer the cases to the Atlanta Georgia Tax Court. Dkt. 3.

The Court is unable to grant Plaintiff's request because there is not a tax court in Georgia. All three of the appropriate courts are located in Washington D.C. Moreover, the tax court and the court of federal claims have different jurisdictions, filing procedures, payment amounts and procedures, and statute of limitations.[1] Therefore, the Court will transfer these actions to the United States District Court for the District of Columbia.

**IT IS SO ORDERED.**

Dated this 27th day of March, 2014.

BENJAMIN H. SETTLE
United States District Judge

---

[1] *See* http://www.uscfc.uscourts.gov and/or http://www.ustaxcourt.gov/

ORDER - 3